# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| THOMAS L. WALTERS AND NANCY L. WALTERS | : | No. 835 MAL 2015 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| ZONING HEARING BOARD OF THE CITY OF EASTON | : | |
| | : | |
| v. | : | |
| | : | |
| PEGASUS TOWER CO., LTD., | : | |
| Intervenor | : | |
| | : | |
| PETITION OF: PEGASUS TOWER CO., LTD., | : | |
| Intervenor | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 26th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.